EUBANKS *v.* GULLEY.

[No. 14,354.   Filed July 26, 1932.]

*Charles A. Lowe* and *Robert E. Kistner,* of counsel, for appellant.

*Crawford A. Peters,* for appellees, below.

KIME, J.—This was an action by appellees to recover upon an alleged parol contract for the sale of tobacco. The appellees attempted to introduce a written contract and upon the court's rejection the substance thereof was proven orally.   The court found for appellees and rendered judgment accordingly.   Appellant's motion

for a new trial being overruled, he brings this appeal, assigning that ruling as error. The reasons assigned in the motion for a new trial are: The decision is contrary to law—the decision is not sustained by sufficient evidence, and, error in allowing proof of the contents of a written instrument by parol and the use of such parol testimony to support an allegation in the complaint of a parol contract.

There is no brief on behalf of appellees.

The appellant has shown prima facie reversible error in the introduction of evidence of a written contract by parol, and in the absence of a showing that the written contract was lost, destroyed or unobtainable, the judgment of the Dearborn Circuit Court must be reversed and it is so ordered.